IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ANDREW M. ELSWICK,

    Plaintiff,

v.                                                       4:23cv401–WS/MAF

SGT. HUNTER,
et al.,

    Defendants.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 8) docketed November 29, 2023. The magistrate judge recommends that Plaintiff's case be dismissed without prejudice for failure to comply with court orders, and because Plaintiff's complaint is a shotgun pleading. Plaintiff has filed no objections to the report and recommendation.

Upon review of the record, the undersigned has determined that the report and recommendation should be adopted.

Accordingly, it is ORDERED:

Page 2 of 2

1. The magistrate judge's report and recommendation (ECF No. 8) is adopted and incorporated by reference in this order of the court.

2. Plaintiff's complaint is hereby DISMISSED without prejudice for failure to comply with court orders directing him to file a proper IFP motion or pay the filing fee, and because his complaint is a shotgun pleading.

3. The clerk is directed to enter judgment, stating: "All claims are dismissed without prejudice."

4. The clerk shall close the case.

DONE AND ORDERED this __1st__ day of __January__, 2024.

                                      s/ William Stafford
                                      WILLIAM STAFFORD
                                      SENIOR UNITED STATES DISTRICT JUDGE